IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stuckey, Tyrone | Case Number: 05 B 63516 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed: 11/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 16, 2008
Confirmed: February 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,480.37 | |
| Secured: | | 0.00 |
| Unsecured: | | 6,931.95 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 548.42 |
| Other Funds: | | 0.00 |
| Totals: | 10,480.37 | 10,480.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | Capital One | Unsecured | 433.98 | 169.94 |
| 3. | ECast Settlement Corp | Unsecured | 1,851.35 | 725.07 |
| 4. | Asset Acceptance | Unsecured | 1,594.60 | 624.51 |
| 5. | Internal Revenue Service | Unsecured | 200.00 | 0.00 |
| 6. | Devon Financial Services Inc | Unsecured | 163.16 | 63.91 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 175.00 | 68.53 |
| 8. | Illinois Student Assistance Commission | Unsecured | 3,112.81 | 1,219.10 |
| 9. | United States Dept Of Education | Unsecured | 7,590.69 | 2,972.81 |
| 10. | Asset Acceptance | Unsecured | 2,778.22 | 1,088.08 |
| 11. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 12. | ACC International | Unsecured | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | Budget Rent A Car | Unsecured | | No Claim Filed |
| 16. | Cingular Wireless | Unsecured | | No Claim Filed |
| 17. | A All Financial | Unsecured | | No Claim Filed |
| 18. | City Of Chicago | Unsecured | | No Claim Filed |
| 19. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 20. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 21. | Comcast | Unsecured | | No Claim Filed |
| 22. | Pay Day Express | Unsecured | | No Claim Filed |
| 23. | TCF Bank | Unsecured | | No Claim Filed |
| 24. | Southside | Unsecured | | No Claim Filed |
| 25. | Sprint | Unsecured | | No Claim Filed |
| 26. | Roseland Community Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Stuckey, Tyrone

Printed: 10/29/08

Case Number:  05 B 63516
Judge:  Goldgar, A. Benjamin
Filed:  11/18/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
|  |  | $ 20,899.81 | $ 9,931.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 117.64 |
| 5% | 56.61 |
| 4.8% | 121.15 |
| 5.4% | 253.02 |
|  | $ 548.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

